MEMORANDUM OPINION



No. 04-06-00784-CV



Fernando FUENTES,


Appellant



v.



George GUTIERREZ,


Appellee



From the County Court at Law No. 7, Bexar County, Texas


Trial Court No. 308591


Honorable David J. Rodriguez, Judge Presiding



PER CURIAM


Sitting: Phylis J. Speedlin, Justice

 Rebecca Simmons, Justice

 Steven C. Hilbig, Justice


Delivered and Filed: April 25, 2007 


DISMISSED Appellant has filed a motion to dismiss this appeal due to settlement. The motion contains
a certificate of service to appellee, who does not oppose the motion. Therefore, we grant the motion
and dismiss the appeal. See Tex. R. App. P. 42.1(a)(1). Costs of the appeal are taxed against
appellant.

 PER CURIAM